# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| DAVID FRANCIS CZARNECKI | Case No. 16-11223TPA |
| SARA MARIE CZARNECKI | |
| Debtor(s) | |
| RONDA J. WINNECOUR, | Chapter 13 |
| Standing Chapter 13 Trustee, | |
| Movant | |
| vs. | Document No __ |
| ABS REO TRUST V | |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE REGULAR PAYMENT to be issued in this case and relating to Debtor's account number 5461.

Regular mortgage payments are currently being directed to the following creditor at the following address:

ABS REO TRUST V
C/O SELECT PORTFOLIO SVCNG INC(*) - SVCR
PO BOX 65450
SALT LAKE CITY, UT 84115

Movant has been requested to send payments to:
SN SERVICING CORP
ISAOA ATIMA
P.O. BOX 35
EUREKA, CA 95502

5461

The Chapter 13 Trustee's CID Records of ABS REO TRUST V have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 8/31/2020.

|  |  |  |
|---|---|---|
| cc: | Debtor<br>Original creditor<br>Putative creditor<br>Debtor's Counsel | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| | |
|---|---|
| DEBTOR(S):<br>DAVID FRANCIS CZARNECKI, SARA MARIE CZARNECKI, 1438 W 36TH, ERIE, PA  16508 | DEBTOR'S COUNSEL:<br>REBEKA A SEELINGER ESQ, 4640 WOLF RD, ERIE, PA  16505 |
| ORIGINAL CREDITOR'S COUNSEL:<br>JOSEPH A. DESSOYE ESQ, PHELAN ET AL, OMNI WILLIAM PENN OFFICE TOWER, 555 GRANT ST STE 300, PITTSBURGH, PA  15219 | :<br>SELECT PORTFOLIO SERVICING INC**, ATTN BANKRUPTCY NOTICING, 3217 S DECKER LAKE DR, SALT LAKE CITY, UT  84119 |
| ORIGINAL CREDITOR:<br>ABS REO TRUST V, C/O SELECT PORTFOLIO SVCNG INC(*) - SVCR, PO BOX 65450, SALT LAKE CITY, UT 84115 | |
| NEW CREDITOR:<br>SN SERVICING CORP<br>ISAOA ATIMA<br>P.O. BOX 35<br>EUREKA, CA 95502 | |