# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>DAVID FRANCIS CZARNECKI<br>SARA MARIE CZARNECKI<br>Debtor(s) | Case No. 16-11223TPA |
| RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br>Movant | Chapter 13 |
| vs.<br>ABS REO TRUST V<br>Respondents | Document No __ |

## NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE ARR. to be issued in this case and relating to Debtor's account number 5461.

Regular mortgage payments are currently being directed to the following creditor at the following address:

ABS REO TRUST V
C/O SELECT PORTFOLIO SVCNG INC(*) - SVCR
PO BOX 65450
SALT LAKE CITY,UT 84115

Movant has been requested to send payments to:
SN SERVICING CORP
ISAOA ATIMA
P.O. BOX 35
EUREKA, CA 95502

5461

The Chapter 13 Trustee's CID Records of ABS REO TRUST V have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 8/31/2020.

|  |  |  |
|---|---|---|
|  |  | /s/ Ronda J. Winnecour |
|  |  | RONDA J WINNECOUR PA ID #30399 |
| cc: | Debtor | CHAPTER 13 TRUSTEE WD PA |
|  | Original creditor | 600 GRANT STREET |
|  | Putative creditor | SUITE 3250 US STEEL TWR |
|  | Debtor's Counsel | PITTSBURGH, PA  15219 |
|  |  | (412) 471-5566 |
|  |  | cmecf@chapter13trusteewdpa.com |

DEBTOR(S):
DAVID FRANCIS CZARNECKI, SARA MARIE CZARNECKI, 1438 W 36TH, ERIE, PA  16508

ORIGINAL CREDITOR'S COUNSEL:
JEROME BLANK ESQ, PHELAN ET AL, 1617 JFK BLD STE 1400, 1 PENN CENTER PLAZA, PHILADELPHIA, PA 19103

ORIGINAL CREDITOR:
ABS REO TRUST V, C/O SELECT PORTFOLIO SVCNG INC(*) - SVCR, PO BOX 65450, SALT LAKE CITY, UT 84115

NEW CREDITOR:
SN SERVICING CORP
ISAOA ATIMA
P.O. BOX 35
EUREKA, CA 95502

DEBTOR'S COUNSEL:
REBEKA A SEELINGER ESQ, 4640 WOLF RD, ERIE, PA  16505

:
SELECT PORTFOLIO SERVICING INC**, ATTN BANKRUPTCY NOTICING, 3217 S DECKER LAKE DR, SALT LAKE CITY, UT  84119