**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 16-11223-TPA
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| David Francis Czarnecki<br>1438 W 36th<br>Erie PA 16508 | Sara Marie Czarnecki<br>1438 W 36th<br>Erie PA 16508 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/08/2020.

Name and Address of Alleged Transferor(s):

Claim No. 13: ABS REO Trust V, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84115

Name and Address of Transferee:

U.S. Bank Trust National Association, as
Trustee of the Lodge Series IV Trust
c/o SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    09/10/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
David Francis Czarnecki  
Sara Marie Czarnecki  
     Debtors

Case No. 16-11223-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: culy     Page 1 of 1     Date Rcvd: Sep 08, 2020  
                         Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2020.  
14968507     +ABS REO Trust V,     Serviced by Select Portfolio Servicing,,    3217 S. Decker Lake Dr.,     Salt Lake City, UT 84119-3284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2020 at the address(es) listed below:  
         James Warmbrodt     on behalf of Creditor     SELECT PORTFOLIO SERVICING as servicer for ABS REO Trust V bkgroup@kmllawgroup.com  
         James A. Prostko     on behalf of Creditor     Bank Of America, N.A. pawb@fedphe.com  
         Jodi L. Hause     on behalf of Creditor     Bank Of America, N.A. jodi.hause@phelanhallinan.com, pawb@fedphe.com  
         Joseph A. Dessoye     on behalf of Creditor     Bank Of America, N.A. pawb@fedphe.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Rebeka Seelinger     on behalf of Joint Debtor Sara Marie Czarnecki rebeka@seelingerlaw.com  
         Rebeka Seelinger     on behalf of Debtor David Francis Czarnecki rebeka@seelingerlaw.com  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                     TOTAL: 8