IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

DAVID FRANCIS CZARNECKI          :   Case No. 16-11223-TPA
SARA MARIE CZARNECKI           :   Chapter 13
       *Debtors*                 :
                                :   Related to Claim No. 13

## ORDER

On December 17, 2020, a ***Notice of Postpetition Mortgage Fees, Expenses, and Charges***, Official Form 410S2, was filed in this case by ***U.S. Bank Trust National Association***, regarding Claim No. 13 ("Notice"). The Court has determined that the *Notice* does not have sufficient supporting material to meet the minimum standards of *Fed.R.Bankr.P. 3002.1(d)* and therefore it must be supplemented, or it will be dismissed.

In order to meet the minimum standard expected of a *Notice* pursuant to *Rule 3002.1(d)*, and to protect debtors from potential overreaching or unreasonable claims for attorney fees and other expenses *[see generally, Elmer and Teresa Reitz*, Case No. 17-10696-TPA, January 3, 2018 *Order to Show Cause* (Doc. No. 40) and January 30, 2018 *Order* (Doc. No. 45.)], the Court has determined that a Party filing such a *Notice* must make every reasonable effort to include all of the following with the *Notice*:

(a)    A computation of the mortgage fees, expenses, and charges.
(b)    A complete and accurate loan payment history.
(c)    Where attorney, or other professional fees are sought, a description of the services that were provided and the fees charged for those services in a form consistent with *W Pa LBR 2016-1*.
(d)    For all other expenses, a payment receipt or other similar documentation supporting the expenditure.
(e)    After exercising the appropriate due diligence in complying with the foregoing, in the event any of the foregoing cannot be produced, an identification of the reasons for non-production, along with a detailed statement explaining the efforts made in attempting to do so.
(f)    A Declaration affirming the veracity and accuracy of the foregoing.

***AND NOW, this 21st day of December, 2020,*** in light of the above considerations, a review of the *Notice* filed in this case indicates deficiencies in one or more respects, therefore, it is hereby ***ORDERED, ADJUDGED*** and ***DECREED*** that: (1) ***on or before January 11, 2021, U.S. Bank Trust, National Association*** shall supplement them to comply with the above requirements or it will be ***DISMISSED*** without further notice or hearing; and, (2) the 21-day period provided in *W.PA.LBR 3002-2(b)* for the Debtors to respond is ***STAYED*** but will commence to run on the filing of the supplement.

c:     Ronda Winnecour, Esq., Trustee
      Counsel for the Debtors
      Debtors
      Creditor and/or Atty

Thomas P. Agresti, Judge  jlm
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 16-11223-TPA

David Francis Czarnecki                                                   Chapter 13

Sara Marie Czarnecki

     Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: aala | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 21, 2020 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + David Francis Czarnecki, Sara Marie Czarnecki, 1438 W 36th, Erie, PA 16508-2312 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15286241 | + Email/Text: bknotices@snsc.com | Dec 22 2020 05:17:00 | U.S. Bank Trust National Association, as, Trustee of the Lodge Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2020       Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor SELECT PORTFOLIO SERVICING as servicer for ABS REO Trust V bnicholas@kmllawgroup.com |
| James A. Prostko | on behalf of Creditor Bank Of America  N.A. pawb@fedphe.com |
| Jodi L. Hause | |

District/off: 0315-1                                     User: aala                                          Page 2 of 2
Date Rcvd: Dec 21, 2020                                 Form ID: pdf900                                      Total Noticed: 2

     on behalf of Creditor Bank Of America  N.A. jodi.hause@phelanhallinan.com, pawb@fedphe.com

Joseph A. Dessoye
     on behalf of Creditor Bank Of America  N.A. pawb@fedphe.com

Lorraine Gazzara Doyle
     on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Lodge Series IV Trust lorraine@mvrlaw.com,
     diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Office of the United States Trustee
     ustpregion03.pi.ecf@usdoj.gov

Rebeka Seelinger
     on behalf of Joint Debtor Sara Marie Czarnecki rebeka@seelingerlaw.com

Rebeka Seelinger
     on behalf of Debtor David Francis Czarnecki rebeka@seelingerlaw.com

Ronda J. Winnecour
     cmecf@chapter13trusteewdpa.com


TOTAL: 9