IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 16-11223-TPA |
| David Francis Czarnecki | : | |
| Sara Marie Czarnecki | : | Chapter 13 |
|     Debtors | : | |
| | : | |
| David Francis Czarnecki | : | |
| Sara Marie Czarnecki | : | |
|     Movant | : | Document No. |
| vs. | : | |
| Ronda J. Winnecour, Esq. Trustee | : | |
|     Respondent | : | |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served, or caused to be served, a true and correct copy of the debtors' Motion to Dismiss Case, together with Notice of Zoom Hearing and Response Deadline, on the parties listed below on February 2, 2021, by regular First Class United States Mail or other method as described below.

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh PA 15222
(Via CM/ECF)

Ronda J. Winnecour, Esquire
3250 U.S. Steel Tower
600 Grant Street
Pittsburgh PA 15219
(Via CM/ECF)

(Via US Mail)
AHN Emergency Group of Erie County
ATTN # 18943E
PO Box 14000
Belfast, ME 04915

Amerimark Premier
1112 7th Ave
Monroe, WI 53566

Amex
Correspondence
Po Box 981540
El Paso, TX 79998

Apothaker & Associates
2417 Welsh Road Suite 21 #520
Philadelphia, PA 19114

Asset Acceptance
Attn: Bankrupcy Dept
Po Box 2036
Warren, MI 48090

Bank Of America, N.a
4909 Savarese Cir
Tampa, FL 33634

Capital One
Po Box 30285
Salt Lake City, UT 84130

CBJ Credit Recovery
P.O. Box 1132
Jamestown, NY 14702

Comenity Bank/Peebles
Po Box 182125
Columbus, OH 43218

Commercial Acceptance
2300 Gettysburg Rd
Camp Hill, PA 17011

Dr Leonards/Carol Wright Gifts
Po Box 7821
Edison, NJ 08818

Erie County Tax Claim Bureau
140 W 6th Street #110
Erie, PA 16501-1073

Erie Water Works
340 W Bayfront Parkway
Erie, PA 16507

Figis Co Inc
Po Box 7713
Marshfield, WI 54449

Global Payments Check
Po Box 59371

Chicago, IL 60659

Jefferson Capital Systems, LLC
16 Mcleland Rd
Saint Cloud, MN 56303

Joseph Orengia
4468 W Ridge Rd
Erie, PA 16506

MDJ Dominick DiPaolo
1563 West 38th Street
Erie, PA 16508

Merrick Bank Corp
Po Box 9201
Old Bethpage, NY 11804

Metabolic Disease Assoc of Erie
240 West 11th St
Erie, PA 16501

Onemain Financial/Citifinancial
6801 Colwell Blvd
Ntsb-2320
Irving, TX 75039

Patenaude & Felix A.P.C.
213 E Main Street
Carnegie, PA 15106

Penelec
5404 Evans Rd
Erie, PA 16509

Pnc Bank
2730 Liberty Ave
Pittsburgh, PA 15222

Saint Vincent Health Center
232 West 25th Street
Erie, PA 16544

Saint Vincent Institute
3530 Peach Street LL1
Erie, PA 16508

Seventh Avenue, Inc
1112 7th Ave
Monroe, WI 53566

SN Servicing Corporation
323 Fifth Street
Eureka CA 95501

Verizon Wireless
500 Technology Drive
Suite 550
Weldon Springs, MO 63304


Date: February 2, 2021	/s/ Rebeka A. Seelinger
	Rebeka A. Seelinger, Esquire  Pa. I.D. #93897
	4640 Wolf Rd
	Erie, PA 16505
	(814)-824-6670
	 E-Mail: rebeka@seelingerlaw.com
	 Counsel for Debtors