IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
2/1/21 10:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

| | | |
|---|---|---|
| DAVID FRANCIS CZARNECKI | : | Bankruptcy No. 16-11223-TPA |
| SARA MARIE CZARNECKI | : | Chapter 13 |
| *Debtors* | : | |
| | : | Related to Claim No. 13 |
| | : | |

## ORDER

**AND NOW**, this **1st** day of **February, 2021**, a **Notice of Postpetition Mortgage Fees, Expenses and Charges** ("Notice") having been filed by **U.S. Bank Trust National Association, as Trustee of the Lodge Series IV Trust** regarding Claim No. 13, and the Court having determined that the *Notice*, including any supplement thereto that was filed, has sufficient supporting documentation to meet the minimum required standard of proof, it is therefore **ORDERED, ADJUDGED and DECREED** that:

(1) There is cause pursuant to *Fed.R.Bankr.P. 9006(c)(2)* to reduce the one-year period provided by *Fed.R.Bankr. 3002.1(e)* for the Debtors to respond to the *Notice* because of the need to promptly determine the amount due, if any, under the *Notice* so as to maximize the opportunities for plan success.

(2) **On or before February 22, 2021**, unless the Trustee first acts pursuant to Paragraph 3, the Debtors shall file either:

(a) An *AMENDED CHAPTER 13 PLAN;*
(b) A *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the additional debt provided in the *Notice*; or
(c) A *MOTION OBJECTING* to the *Notice* pursuant to *Fed.R.Bankr.P. 3002.1(e)* and shall self-schedule the matter for hearing pursuant to the Court's procedures.

(3) **On or before February 22, 2021,** the Trustee, or other party in interest, may file a *Motion* objecting to the *Notice* pursuant to *Fed.R.Bankr.P. 3002.1(e)* and shall self-schedule the matter for hearing pursuant to the Court's procedures.

(4) **The failure of either the Debtors, the Trustee, or other party in interest to timely file a Motion objecting to the Notice** shall result in the allowance of the fees, expenses, and charges set forth therein without further order, notice or hearing, **provided however**, that no payment thereon will be implemented by the Trustee until such time as Debtors file an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Thomas P. Agresti, Judge    jlm
United States Bankruptcy Court

Case Administrator to serve:
Debtors
Debtor's Counsel
Claimant's Counsel

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
David Francis Czarnecki  
Sara Marie Czarnecki  
    Debtors

Case No. 16-11223-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: jmar     Page 1 of 2  
Date Rcvd: Feb 01, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + David Francis Czarnecki, Sara Marie Czarnecki, 1438 W 36th, Erie, PA 16508-2312 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor SELECT PORTFOLIO SERVICING as servicer for ABS REO Trust V bnicholas@kmllawgroup.com |
| James A. Prostko | on behalf of Creditor Bank Of America  N.A. pawb@fedphe.com |
| Jodi L. Hause | on behalf of Creditor Bank Of America  N.A. jodi.hause@phelanhallinan.com, pawb@fedphe.com |
| Joseph A. Dessoye | on behalf of Creditor Bank Of America  N.A. pawb@fedphe.com |
| Lorraine Gazzara Doyle | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Lodge Series IV Trust lorraine@mvrlaw.com, diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |

| District/off: 0315-1 | User: jmar | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 01, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Rebeka Seelinger
    on behalf of Joint Debtor Sara Marie Czarnecki rebeka@seelingerlaw.com

Rebeka Seelinger
    on behalf of Debtor David Francis Czarnecki rebeka@seelingerlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9