# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | **Case No. 16-11223-TPA** |
| **David Francis Czarnecki** | : | |
| **Sara Marie Czarnecki** | : | **Chapter 13** |
| *Debtors* | : | |
| | : | **Related to Doc. Nos. 52, 53** |
| **David Francis Czarnecki** | : | |
| **Sara Marie Czarnecki** | : | |
| *Movant* | : | **Document No.** |
| **vs.** | : | |
| **Ronda J. Winnecour, Esq. Trustee** | : | |
| *Respondent* | : | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION TO DISMISS CASE

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Debtors' Motion To Dismiss Case, filed on February 2, 2021, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Zoom Hearing, objections to the Motion were to be filed and served no later than February 19, 2021.

It is hereby respectfully requested that the Order attached to the Motion Tod Dismiss Case be entered by the Court.

February 23, 2021            /s/ Rebeka Seelinger_____
                             Rebeka Seelinger, Esquire PA ID 93897
                             Attorney for Debtors
                             SEELINGER LAW CORPORATION
                             4640 Wolf Rd
                             Erie PA 16505
                             (814) 824 6670, rebeka@seelingerlaw.com