Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **David Francis Czarnecki** : | Case No. 16−11223−TPA |
| **Sara Marie Czarnecki** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| : | |
| : | |
| : | |

### ORDER DISMISSING CASE WITHOUT PREJUDICE AND
### TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 24th of February, 2021,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. *Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.*

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-11223-TPA |
| David Francis Czarnecki | Chapter 13 |
| Sara Marie Czarnecki | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: jmar | Page 1 of 3 |
| Date Rcvd: Feb 24, 2021 | Form ID: 309 | Total Noticed: 43 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Francis Czarnecki, Sara Marie Czarnecki, 1438 W 36th, Erie, PA 16508-2312 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| 14968507 | + | ABS REO Trust V, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14342343 | + | AHN Emergency Group of Erie County, ATTN # 18943E, PO Box 14000, Belfast, ME 04915-4033 |
| 14342346 | + | Apothaker & Associates, 2417 Welsh Road Suite 21 #520, Philadelphia, PA 19114-2209 |
| 14342352 | + | Commercial Acceptance, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 14342354 | | Erie County Tax Claim Bureau, 140 W 6th Street #110, Erie, PA 16501-1073 |
| 14342355 | + | Erie Water Works, 340 W Bayfront Parkway, Erie, PA 16507-2004 |
| 14342359 | + | Joseph Orengia, 4468 W Ridge Rd, Erie, PA 16506-1434 |
| 14342360 | + | MDJ Dominick DiPaolo, 1563 West 38th Street, Erie, PA 16508-2348 |
| 14342362 | + | Metabolic Disease Assoc of Erie, 240 West 11th St, Erie, PA 16501-1758 |
| 14342365 | ++ | PENNSYLVANIA ELECTRIC COMPANY, BANKRUPTCY DEPARTMENT, 331 NEWMAN SPRINGS ROAD, BUILDING 3, RED BANK NJ 07701-5688 address filed with court:, Penelec, 5404 Evans Rd, Erie, PA 16509 |
| 14342367 | + | Saint Vincent Health Center, 232 West 25th Street, Erie, PA 16544-0001 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14409455 | | EDI: BECKLEE.COM | Feb 25 2021 04:13:00 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14363741 | | EDI: BECKLEE.COM | Feb 25 2021 04:13:00 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14366693 | | EDI: AIS.COM | Feb 25 2021 04:18:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14342344 | + | EDI: CBSAMERIMARK | Feb 25 2021 04:13:00 | Amerimark Premier, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14342345 | + | EDI: AMEREXPR.COM | Feb 25 2021 04:13:00 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14342347 | + | EDI: ACCE.COM | Feb 25 2021 04:13:00 | Asset Acceptance, Attn: Bankrupcy Dept, Po Box 2036, Warren, MI 48090-2036 |
| 14398256 | | EDI: BANKAMER.COM | Feb 25 2021 04:13:00 | BANK OF AMERICA, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14342348 | + | EDI: BANKAMER.COM | Feb 25 2021 04:13:00 | Bank Of America, N.a, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14342350 | + | Email/Text: matthartweg@cbjcredit.com | Feb 25 2021 02:55:00 | CBJ Credit Recovery, P.O. Box 1132, Jamestown, NY 14702-1132 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14342349 | + | EDI: CAPITALONE.COM | Feb 25 2021 04:13:00 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14369531 | | EDI: CAPITALONE.COM | Feb 25 2021 04:13:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14342351 | + | EDI: WFNNB.COM | Feb 25 2021 04:13:00 | Comenity Bank/Peebles, Po Box 182125, Columbus, OH 43218-2125 |
| 14342353 | + | EDI: CBSAMERIMARK | Feb 25 2021 04:13:00 | Dr Leonards/Carol Wright Gifts, Po Box 7821, Edison, NJ 08818-7821 |
| 14359227 | + | EDI: CBSMASON | Feb 25 2021 04:13:00 | Figi's Companies Inc., c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14342356 | + | EDI: CBSMASON | Feb 25 2021 04:13:00 | Figis Co Inc, Po Box 7713, Marshfield, WI 54449-7713 |
| 14342357 | | Email/Text: Check.bksupport@globalpay.com | Feb 25 2021 02:46:00 | Global Payments Check, Po Box 59371, Chicago, IL 60659 |
| 14395620 | | EDI: JEFFERSONCAP.COM | Feb 25 2021 04:18:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14342358 | | EDI: JEFFERSONCAP.COM | Feb 25 2021 04:18:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14355598 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 25 2021 02:21:28 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14342361 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 25 2021 02:18:29 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14372087 | | EDI: AGFINANCE.COM | Feb 25 2021 04:13:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14342363 | + | EDI: AGFINANCE.COM | Feb 25 2021 04:13:00 | Onemain Financial/Citifinancial, 6801 Colwell Blvd, Ntsb-2320, Irving, TX 75039-3198 |
| 14342364 | | Email/Text: paparalegals@pandf.us | Feb 25 2021 02:55:00 | Patenaude & Felix A.P.C., 213 E Main Street, Carnegie, PA 15106 |
| 14402928 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 25 2021 02:46:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 14342366 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 25 2021 02:46:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14417129 | | EDI: PRA.COM | Feb 25 2021 04:13:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14415956 | + | EDI: PRA.COM | Feb 25 2021 04:13:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14342369 | + | EDI: CBS7AVE | Feb 25 2021 04:18:00 | Seventh Avenue, Seventh Avenue, Inc, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15286241 | + | Email/Text: bknotices@snsc.com | Feb 25 2021 02:55:00 | U.S. Bank Trust National Association, as, Trustee of the Lodge Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 14342370 | + | EDI: VERIZONCOMB.COM | Feb 25 2021 04:13:00 | Verizon WIreless, 500 Technology Drive, Suite 550, Weldon Springs, MO 63304-2225 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank Of America, N.A. |

| | | |
|---|---|---|
| District/off: 0315-1 | User: jmar | Page 3 of 3 |
| Date Rcvd: Feb 24, 2021 | Form ID: 309 | Total Noticed: 43 |

| | | |
|---|---|---|
| cr | | SELECT PORTFOLIO SERVICING as servicer for ABS REO |
| cr | | U.S. Bank Trust National Association, as Trustee o |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14342368 | ##+ | Saint Vincent Institute, 3530 Peach Street LL1, Erie, PA 16508-2768 |

TOTAL: 3 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2021          Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2021 at the address(es) listed below:**

**Name**    **Email Address**

Brian Nicholas
  on behalf of Creditor SELECT PORTFOLIO SERVICING as servicer for ABS REO Trust V bnicholas@kmllawgroup.com

James A. Prostko
  on behalf of Creditor Bank Of America  N.A. pawb@fedphe.com

Jodi L. Hause
  on behalf of Creditor Bank Of America  N.A. jodi.hause@phelanhallinan.com, pawb@fedphe.com

Joseph A. Dessoye
  on behalf of Creditor Bank Of America  N.A. pawb@fedphe.com

Lorraine Gazzara Doyle
  on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Lodge Series IV Trust lorraine@mvrlaw.com, diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Rebeka Seelinger
  on behalf of Joint Debtor Sara Marie Czarnecki rebeka@seelingerlaw.com

Rebeka Seelinger
  on behalf of Debtor David Francis Czarnecki rebeka@seelingerlaw.com

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

TOTAL: 9