**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DAVID FRANCIS CZARNECKI
SARA MARIE CZARNECKI
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Respondents.

Case No.:16-11223 TPA

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

  1. The case was filed on 12/29/2016 and confirmed on 02/08/2017 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

  2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 21,635.00 |
| Less Refunds to Debtor | 508.47 | |
| TOTAL AMOUNT OF PLAN FUND | | 21,126.53 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,000.00 | |
|   Trustee Fee | 1,057.97 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,057.97 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK TRUST NA - TRUSTEE OF THE L( | 0.00 | 9,485.84 | 0.00 | 9,485.84 |
|   Acct: 7121 | | | | |
| US BANK TRUST NA - TRUSTEE OF THE L( | 1,328.33 | 1,328.33 | 0.00 | 1,328.33 |
|   Acct: 7121 | | | | |
| ERIE WATER WORKS* | 1,758.48 | 1,758.48 | 574.12 | 2,332.60 |
|   Acct: | | | | |
| ERIE COUNTY TAX CLAIM BUREAU* | 4,868.40 | 1,634.72 | 1,287.07 | 2,921.79 |
|   Acct: 2600 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 3178 | | | | |
| | | | | 16,068.56 |
| **Priority** | | | | |
| REBEKA A SEELINGER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DAVID FRANCIS CZARNECKI | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DAVID FRANCIS CZARNECKI | 508.47 | 508.47 | 0.00 | 0.00 |
|   Acct: | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Priority | | | | | |
| | SEELINGER LAW CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | REBEKA A SEELINGER ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | US BANK TRUST NA - TRUSTEE OF THE L( | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7121 | | | | |
| | US BANK TRUST NA - TRUSTEE OF THE L( | 16,124.50 | 0.00 | 0.00 | 0.00 |
| | Acct: 7121 | | | | |
| | | ***NONE*** | | | |
| Unsecured | | | | | |
| | AHN EMERGENCY GROUP OF ERIE COUN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6385 | | | | |
| | AMERIMARK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 504A | | | | |
| | AMERICAN EXPRESS CENTURION BNK | 1,085.07 | 0.00 | 0.00 | 0.00 |
| | Acct: 1003 | | | | |
| | ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1771 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL( | 684.77 | 0.00 | 0.00 | 0.00 |
| | Acct: 5475 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL( | 458.17 | 0.00 | 0.00 | 0.00 |
| | Acct: 4180 | | | | |
| | CAPITAL ONE BANK (USA) NA | 1,173.10 | 0.00 | 0.00 | 0.00 |
| | Acct: 3846 | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5892 | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4341 | | | | |
| | CBJ CREDIT RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9089 | | | | |
| | COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4090 | | | | |
| | COMMERCIAL ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5045 | | | | |
| | DR LEONARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5A4A | | | | |
| | ERIE COUNTY TAX CLAIM BUREAU* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FIGI'S COMPANIES INC | 179.97 | 0.00 | 0.00 | 0.00 |
| | Acct: 7D2M | | | | |
| | GLOBAL PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3802 | | | | |
| | GLOBAL PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3803 | | | | |
| | GLOBAL PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3804 | | | | |
| | GLOBAL PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3802 | | | | |
| | GLOBAL PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3801 | | | | |
| | GLOBAL PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3802 | | | | |
| | GLOBAL PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3803 | | | | |
| | GLOBAL PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3804 | | | | |
| | GLOBAL PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3801 | | | | |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| GLOBAL PAYMENTS<br>Acct: 3802 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC*<br>Acct: 5746 | 2,464.76 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC*<br>Acct: 7346 | 472.71 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC*<br>Acct: 6286 | 1,059.39 | 0.00 | 0.00 | 0.00 |
| JOSEPH ORENGIA<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MERRICK BANK<br>Acct: 7265 | 796.24 | 0.00 | 0.00 | 0.00 |
| METABOLIC DISEASE ASSOCIATES OF EF<br>Acct: 3173 | 0.00 | 0.00 | 0.00 | 0.00 |
| ONE MAIN FINANCIAL GROUP LLC(*)<br>Acct: 6247 | 289.89 | 0.00 | 0.00 | 0.00 |
| PENELEC<br>Acct: 4521 | 0.00 | 0.00 | 0.00 | 0.00 |
| ST VINCENT HEALTH CENTER<br>Acct: 0924 | 0.00 | 0.00 | 0.00 | 0.00 |
| ST VINCENT INSTITUTE*++<br>Acct: 2443 | 0.00 | 0.00 | 0.00 | 0.00 |
| SEVENTH AVENUE<br>Acct: 257O | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AGENT FOR V<br>Acct: 3555 | 257.64 | 0.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AGENT FOR V<br>Acct: 3559 | 92.62 | 0.00 | 0.00 | 0.00 |
| AMERICAN EXPRESS CENTURION BNK<br>Acct: 1005 | 272.48 | 0.00 | 0.00 | 0.00 |
| AMERICAN EXPRESS BANK FSB<br>Acct: 2007 | 2,637.28 | 0.00 | 0.00 | 0.00 |
| PATENAUDE AND FELIX APC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BRIAN C NICHOLAS ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| APOTHAKER & ASSOC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                                         16,068.56

```
TOTAL CLAIMED
 PRIORITY              16,124.50
 SECURED                7,955.21
 UNSECURED             11.924.09
```

Date: 04/30/2021                                          /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com